UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARL S. MULAY,<br><br>       Plaintiff,<br><br>       v.<br><br>CAROLYN W. COLVIN,<br>**Acting Commissioner of Social Security**, <br><br>       Defendant. | Case No. EDCV 13-2045 AJW<br><br>J U D G M E N T |

**IT IS ADJUDGED** that defendant's decision is **affirmed**.

April 22, 2015

_____
ANDREW J. WISTRICH
United States Magistrate Judge